JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MELVIN CLARK,** | No. LA CV 22-07253-VBF-SP |
| Petitioner, | **ORDER Dismissing the Action** Without Prejudice for Lack of Prosecution and Failure to Follow Court Order |
| v. | |
| GENA JONES (WARDEN), | |
| Respondent. | |

Petitioner constructively filed the petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254 on October 3, 2022. *See* CM/ECF System Document ("Doc") 1.

The Clerk's Office issued a Form CV-111 Notice re: Discrepancies in Filing of Habeas Petition dated October 5 and docketed on October 6, 2022. The Notice advised petitioner that he was required to either pay the filing fee or submit a Request to Proceed Without Prepayment of the Filing Fee within thirty days from the date of the Order. The Notice warned petitioner that if he did not respond within thirty days, "your action may be dismissed." The thirty-day period began on October 7, 2022 and elapsed on Saturday, November 5, 2022. Because the deadline fell on a weekend, the Court moves the deadline two days later to Monday, November 7, 2022.

That deadline elapsed three weeks ago and the Court has not received any filings from plaintiff. Accordingly, **this action is dismissed without prejudice for lack of prosecution**

**and failure to follow court order.**

IT IS SO ORDERED.

Dated: November 28, 2022

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge