JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MELVIN CLARK,

        Petitioner,

    v.

GENA JONES, Warden,

        Respondent.

Case No. 2:22-cv-07253-VBF-SP

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated:   December 10, 2024

/s/ Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE